UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
HA, YUMI                                  §      Case No. 07-18195 SBB
                                          §
                                          §
_____Debtor(s)_____       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    TOM H. CONNOLLY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/TOM H. CONNOLLY_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aurora Loan Servides | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOM H. CONNOLLY, TRUSTEE | | | | | |
| TOM H. CONNOLLY, TRUSTEE | | | | | |
| UNITED STATES BANKRUPTCY COURT | | | | | |
| FLORA, MARIA J. | | | | | |
| FLORA, MARIA J. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

UST Form 101-7-TDR (9/1/2009) *(Page: 4)*

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T Universal Card | | | | | |
| Bakkum & Associates | | | | | |
| Bank of America | | | | | |
| Campbell, Bohn, Killin,Brittan & Ray | | | | | |
| Jayest M Sham & Co. | | | | | |
| Mass Mutual Insurance Co. | | | | | |
| Merchant Credit Guide Co. | | | | | |
| University Dental Arts | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| QWEST CORPORATION | | | | | |
| PARK, YUNJO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 07-18195 | SBB | Judge: SIDNEY B. BROOKS | | Trustee Name: | TOM H. CONNOLLY |
| Case Name: | HA, YUMI | | | | Date Filed (f) or Converted (c): | 07/27/07 (f) |
| | | | | | 341(a) Meeting Date: | 08/31/07 |
| For Period Ending: | 08/21/09 | | | | Claims Bar Date: | 02/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.84 | Unknown |
| 2. Amex Preference | 6,000.00 | 4,831.60 | | 4,831.60 | FA |
| 3. AT&T Preference | 1,630.00 | 0.00 | DA | 0.00 | FA |
| 4. Discover Card Preference | 6,000.00 | 2,100.00 | | 2,100.00 | FA |
| 5. Bank of America Preference | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 6. Gary Seymour Preference | 5,532.00 | 0.00 | DA | 0.00 | FA |
| 7. Campbell, Bohn, Killin, et al. Preference | 6,248.00 | 4,061.33 | | 4,061.33 | FA |
| 8. 1498 Red Cliff Way | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 9. HOUSEHOLD GOODS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 10. BOOKS AND ART OBJECTS | 100.00 | 0.00 | DA | 0.00 | FA |
| 11. CLOTHING | 400.00 | 0.00 | DA | 0.00 | FA |
| 12. JEWELRY | 550.00 | 0.00 | DA | 0.00 | FA |
| 13. Sporting goods, camcorder, bikes | 10.00 | 0.00 | DA | 0.00 | FA |
| 14. PENSION PLANS AND PROFIT SHARING | 25,300.00 | 0.00 | DA | 0.00 | FA |
| 15. Alimony, maintenance, support | 16,344.84 | 0.00 | DA | 0.00 | FA |
| 16. Judgment - Kwak Enterprises | 135,902.42 | 0.00 | DA | 0.00 | FA |
| 17. 2001 Dodge Caravan | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 18. WAGES - ESTATE'S PRO RATA SHARE (u) | 348.00 | 348.00 | | 348.00 | FA |
| 19. Citibank - Preference Recovery (u) | 1,500.00 | 1,336.58 | | 1,336.58 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $233,065.26 | $12,677.51 | | $12,695.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 07-18195 | SBB   Judge: SIDNEY B. BROOKS | Trustee Name: | TOM H. CONNOLLY |
| Case Name: | HA, YUMI | | Date Filed (f) or Converted (c): | 07/27/07 (f) |
| | | | 341(a) Meeting Date: | 08/31/07 |
| | | | Claims Bar Date: | 02/04/08 |

Initial Projected Date of Final Report (TFR): 10/31/08     Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-18195 -SBB |
| Case Name: | HA, YUMI |
| Taxpayer ID No: | 75-6822781 |
| For Period Ending: | 02/04/10 |

| | |
|---|---|
| Trustee Name: | TOM H. CONNOLLY |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0461  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 98,025,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 09/21/07 | 18 | YUMI HA<br>1498 RED CLIFF WAY<br>CASTLE ROCK, CO  80109 | PAYMENT FOR NON-EXEMPT ASSETS | 1129-003 | 248.00 | | 248.00 |
| 09/28/07 | 1 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 0.03 | | 248.03 |
| 10/31/07 | 1 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 0.23 | | 248.26 |
| 11/30/07 | 1 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 0.19 | | 248.45 |
| * 12/03/07 | 18 | YUMI HA<br>1498 RED CLIFF WAY<br>CASTLE ROCK, CO  80109 | PAYMENT FOR NON-EXEMPT ASSETS<br>Wrong amount; deposit was entered on 9/21/07 in the amount of $248.00.  Should have been $348.00. Bank accepted deposit of $348.00 on 9/21/07. | 1129-003 | -248.00 | | 0.45 |
| 12/03/07 | 18 | YUMI HA<br>1498 RED CLIFF WAY<br>CASTLE ROCK, CO  80109 | PAYMENT FOR NON-EXEMPT ASSETS<br>Deposit #2 was entered to correct incorrect deposit amount for Deposit #1 from $248 to $348.  No deposit slip was printed out as bank had accepted deposit on 9/21/07 in the amount of $348.00 | 1229-000 | 348.00 | | 348.45 |
| 12/31/07 | 1 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 0.17 | | 348.62 |
| 01/02/08 | 4 | Discover Bank | PREFERENCE RECOVERY | 1141-000 | 2,100.00 | | 2,448.62 |
| 01/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 0.80 | | 2,449.42 |
| 02/06/08 | 2 | American Express | PREFERENCE RECOVERY | 1141-000 | 4,831.60 | | 7,281.02 |
| 02/29/08 | 1 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 1.33 | | 7,282.35 |
| 03/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 1.72 | | 7,284.07 |
| 04/02/08 | 19 | Citibank (South Akota), N.A. | PREFERENCE RECOVERY | 1241-000 | 1,336.58 | | 8,620.65 |
| 04/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 1.69 | | 8,622.34 |
| 05/30/08 | 1 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 1.09 | | 8,623.43 |
| 06/09/08 | 7 | Campbell Killin Brittan & Ray, LLC<br>Operating Account<br>270 St. Paul St., Suite 200<br>Denver, CO 80206 | PREFERENCE RECOVERY | 1141-000 | 4,061.33 | | 12,684.76 |

Page Subtotals        12,684.76            0.00

Ver: 15.06b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 07-18195 -SBB | Trustee Name: | TOM H. CONNOLLY |
|---|---|---|---|
| Case Name: | HA, YUMI | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0461 Money Market Account (Interest Earn |
| Taxpayer ID No: | 75-6822781 | | |
| For Period Ending: | 02/04/10 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.36 | | 12,686.12 |
| 07/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.61 | | 12,687.73 |
| 08/29/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.61 | | 12,689.34 |
| 09/30/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.56 | | 12,690.90 |
| 10/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.23 | | 12,692.13 |
| 11/28/08 | 1 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.03 | | 12,693.16 |
| 12/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.65 | | 12,693.81 |
| 01/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,693.91 |
| 02/27/09 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,694.01 |
| 03/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,694.12 |
| 04/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 12,694.40 |
| 05/29/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,694.72 |
| 06/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,695.03 |
| 07/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,695.35 |
| 08/31/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,695.67 |
| 09/10/09 | | Transfer to Acct #*******0551 | Bank Funds Transfer | 9999-000 | | 6,347.06 | 6,348.61 |
| 09/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 6,348.81 |
| 10/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,348.97 |
| 11/17/09 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 6,349.06 |
| 11/17/09 | | Transfer to Acct #*******0551 | Final Posting Transfer | 9999-000 | | 6,349.06 | 0.00 |

| | | | Page Subtotals | 11.36 | 12,696.12 |
|---|---|---|---|---|---|

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-18195 -SBB |
| Case Name: | HA, YUMI |
| Taxpayer ID No: | 75-6822781 |
| For Period Ending: | 02/04/10 |

| | |
|---|---|
| Trustee Name: | TOM H. CONNOLLY |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0461  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 98,025,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,696.12 | 12,696.12 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 12,696.12 | |
| | | | Subtotal | | 12,696.12 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,696.12 | 0.00 | |

Page Subtotals                    0.00          0.00

Ver: 15.06b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

FORM 2

Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-18195 -SBB | Trustee Name: | TOM H. CONNOLLY |
|---|---|---|---|
| Case Name: | HA, YUMI | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0551 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 75-6822781 | | |
| For Period Ending: | 02/04/10 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/10/09 | | Transfer from Acct #*******0461 | Bank Funds Transfer | 9999-000 | 6,347.06 | | 6,347.06 |
| 09/10/09 | 000101 | Maria J. Flora<br>1763 Franklin St.<br>Denver, CO 80218 | ATTORNEY FEES | 3210-000 | | 6,025.67 | 321.39 |
| 09/10/09 | 000102 | Maria J. Flora<br>1763 Franklin St.<br>Denver, CO 80218 | ATTORNEY EXPENSE | 3220-000 | | 321.39 | 0.00 |
| 11/17/09 | | Transfer from Acct #*******0461 | Transfer In From MMA Account | 9999-000 | 6,349.06 | | 6,349.06 |
| 11/17/09 | 000103 | TOM H. CONNOLLY, TRUSTEE<br>950 Spruce St., Suite 1C<br>Louisville, CO 80027 | Chapter 7 Compensation/Fees | 2100-000 | | 2,019.61 | 4,329.45 |
| 11/17/09 | 000104 | TOM H. CONNOLLY, TRUSTEE<br>950 Spruce St., Suite 1C<br>Louisville, CO 80027 | Chapter 7 Expenses | 2200-000 | | 38.00 | 4,291.45 |
| 11/17/09 | 000105 | United States Bankruptcy Court<br>Clerk of the Court | Clerk of the Courts Costs (includes | 2700-000 | | 1,000.00 | 3,291.45 |
| 11/17/09 | 000106 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 8.57601% | 7100-000 | | 617.27 | 2,674.18 |
| * 11/17/09 | 000107 | Yunjo Park<br>2800 S. Syracuse Way.<br>#1-102<br>Denver, CO 80231 | Claim 000002, Payment 8.57597% | 7100-003 | | 1,611.51 | 1,062.67 |
| 11/17/09 | 000108 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 8.57600% | 7100-000 | | 1,020.39 | 42.28 |
| 11/17/09 | 000109 | Qwest Corporation<br>Attn: Jane Frey | Claim 000004, Payment 8.57572% | 7100-000 | | 42.28 | 0.00 |
| | | | Page Subtotals | | 12,696.12 | 12,696.12 | |

Ver: 15.06b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 07-18195 -SBB | | Trustee Name: | TOM H. CONNOLLY |
| --- | --- | --- | --- | --- |
| Case Name: | HA, YUMI | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0551 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 75-6822781 | | | |
| For Period Ending: | 02/04/10 | | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/30/09 | 000107 | 1801 California St., Room 900<br>Denver, CO 80202-2658<br>Yunjo Park<br>2800 S. Syracuse Way.<br>#1-102<br>Denver, CO 80231 | Claim 000002, Payment 8.57597%<br>Check was returned as undeliverable; called phone number on proof of claim and it was not the creditor's. | 7100-003 | | -1,611.51 | 1,611.51 |
| 12/30/09 | 000110 | United States Bankruptcy Court<br>CO | Claim 000002, Payment 8.57597% | 7100-001 | | 1,611.51 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 12,696.12 | 12,696.12 | 0.00 |
| Less: Bank Transfers/CD's | 12,696.12 | 0.00 | |
| Subtotal | 0.00 | 12,696.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 12,696.12 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********0461 | 12,696.12 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********0551 | 0.00 | 12,696.12 | 0.00 |
| | 12,696.12 | 12,696.12 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*